1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail cyrus.safa@rohlfinglaw.com
5
   Gerald M. Welt
6  Attorney at Law:  1575
   732 S. Sixth Street, Suite 200-D
7  Las Vegas, NV 89101
   Tel.: (702) 382-2030
8  Fax:  (702) 684-5157
   E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com
9
   Attorneys for Plaintiff
10 KAREN L. HEYE-RYBERG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN L. HEYE-RYBERG | Case No.: 2:17-cv-02510-APG-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Karen L. Heye-Ryberg and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from January 18, 2018 to February 15, 2018 for Plaintiff to file a motion for reversal and/or remand,

-1-

with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. This request is made at the request of Plaintiff's counsel who has had difficulty downloading the administrative record.

DATE: January 18, 2018      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Karen L. Heye-Ryberg

DATE: January 18, 2018

DAYLE ELIESON
*United States Attorney*

/s/ *Sharon Lahey*

BY: _____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02510-APG-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 18, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff

Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff KAREN L. HEYE-RYBERG

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN L. HEYE-RYBERG | Case No.: 2:17-cv-02510-APG-VCF |
| Plaintiff, | ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 15, 2018, in which to file Plaintiff's motion for reversal and/or remand; and that all other deadlines set forth in the December 19, 2017 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE

1-23-2018

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

*/s/Cyrus Safa*

BY: _____
    Cyrus Safa
    Attorney for plaintiff