# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN L. HEYE-RYBERG,<br><br>　　Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>　　Defendant | Case No.: 2:17-cv-02510-APG-VCF<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 22] |

　　On October 23, 2018, Magistrate Judge Ferenbach recommended I deny plaintiff Karen Heye-Ryberg's motion for summary judgment and grant the defendant's motion to affirm. ECF No. 22. Heye-Ryberg did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 22) is accepted**, plaintiff Karen Heye-Ryberg's motion for summary judgment **(ECF No. 19) is DENIED**, and defendant Nancy Berryhill's motion to affirm **(ECF No. 20) is GRANTED**. The clerk of court is instructed to enter judgment in favor of the defendant and against the plaintiff.

　　DATED this 9th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE